KRUPA ET AL. *v.* FARMINGTON RIVER POWER CO.

No. 403, Misc.   Decided December 12, 1960.

*Thaddeus Maliszewski* for appellants.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.